# JS-6

# UNITED STAES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendant. | Case No. 5:15−cv−02115−JGB−SP<br><br>**ORDER** |

Pursuant to the stipulation of Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (collectively "CENTEX"), the above-captioned action is hereby dismissed without prejudice. Each party is to bear its own costs.

IT IS SO ORDERED.

Dated: February 8, 2016        _____

                               Hon. Jesus G. Bernal
                               United State District Judge